# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AMLIN CORPORATE MEMBER, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2695 |
| | § | |
| | § | |
| LOGISTICS GROUP INTERNATIONAL, INC., *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Consistent with this court's Memorandum and Order issued today, Amlin Corporate Member, Ltd. is discharged from this interpleader action and relieved of claims asserted by Logistics Group International, Inc. and Marubeni Plant Contractor, Inc. Logistics and Marubeni are enjoined from filing any proceeding against Amlin or any other insurer relating to the proceeds of Policy No. B085607G400C2020. Amlin is entitled to costs and attorneys' fees in the amount of $16,216.69, to be paid out of the Policy Proceeds in the court's registry by June 18, 2010.

SIGNED on May 26, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge