**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| AMLIN CORPORATE MEMBER, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2695 |
| | § | |
| | § | |
| LOGISTICS GROUP INTERNATIONAL, INC., *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Opinion of even date granting the motion for summary judgment filed by Marubeni Plant Contractor, Inc. and denying the motions for summary judgment filed by Logistics Group International, Inc., this court dismisses the claims of Logistics Group, with prejudice, and orders that Marubeni Plant Contractor, Inc. recover the amount of $309,515.00, including the proceeds that remain deposited in the registry of this court; $90,103.45 in attorneys' fees and costs; and postjudgment interest on the above at the rate of .25 percent per annum.

This is a final judgment.

SIGNED on March 17, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge