IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMLIN CORPORATE MEMBER, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2695 |
| | § | |
| | § | |
| LOGISTICS GROUP INTERNATIONAL, INC., *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**AMENDED FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order entered on May 5, 2011 granting in part and denying in part the motion for reconsideration filed by Logistics Group International, Inc., this court orders that Marubeni Plant Contractor, Inc. recover the amount of $309,515.00, including the proceeds that remain deposited in the registry of this court; attorneys' fees and costs to be determined later; and postjudgment interest on the above at the rate of .25 percent per annum.

This is a final judgment.

SIGNED on May 16, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge